Dec 26, 2013

To: The Judge of this Case
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201-2691

Case 1:06-cr-00311-JFM Document 69 Filed 12/31/13 Page 1 of 1

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 31 2013

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Criminal No. JFM-06-0311
Civil No.- JFM-11-2604

In the matter of 42 U.S.C. Section 2000e-5 (f)(1), that this statutory right to request appointment of counsel creates a corresponding statutory right to the effective assistance of counsel analogous to that arising from the Sixth Amendment. Citing McMann v. Richardson, 397 U.S. 759, 771 n.14, 90 S.Ct. 1441, 25 L.Ed. 2d 763 (1970). Mr. Hopkins is indigent and in states custody, jurisdiction in which appellant, Hopkins.R is in an appeal process of an criminal matter. In which Mr. Hopkins.R is in an segregation unit for an incident that happen over his civil rights while he is doing, serving an state conviction and is not geting the effective access to Federal Law, which deem that, Mr. Hopkins.R is not having an fair adequate defense. The Sixth Amendment guarantees the right to counsel in criminal cases and withholds from Courts the power and authority to deprive an accused of his life or liberty unless he has or waives the assistance of counsel. In Mr. Hopkins.R case he never waives the assistance of counsel. In criminal cases, the Supreme Court has found that right implicit in the Sixth Amendment's guarantee that in all criminal prosecutions, the accused shall enjoy the right to the assistance of counsel for his defense. U.S. Const. amend. VI; see Strickland v. Washington, 466 U.S. 668, 685-86, 104 S.Ct. 2052, 80 L.Ed. 2d 674 (1984). In this matter Mr. Hopkins.R is seeking the right to counsel due to the fact of the incarcerated that Mr. Hopkins.R is inn under State Custody, in which Mr. Hopkins.R can not defened him self under State jurisdiction. Request for redress in this matter.

God Speed,

Roy M Hopkins Jr
Roy M Hopkins Jr
DOC No. #418808
MRDCC
550 E. Madison St.
Baltimore, Md 21202